No. 91–1337. McCoy, Administrator of the Electrical Workers Trust Funds, Local 103 I. B. E. W. v. Massachusetts Institute of Technology. C. A. 1st Cir. Certiorari denied.

No. 91–1339. Ferra v. United States. C. A. 7th Cir. Certiorari denied.

No. 91–1354. Cherokee Nation of Oklahoma v. United States. C. A. 10th Cir. Certiorari denied.

No. 91–1360. Bennett, Individually and as Mayor of Palos Hills, et al. v. Hansen. C. A. 7th Cir. Certiorari denied.

No. 91–1368. Falk et al. v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied.

No. 91–1369. Lerman et ux. v. Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied.

No. 91–1371. Canino v. United States. C. A. 7th Cir. Certiorari denied.

No. 91–1378. Mohney v. United States. C. A. 6th Cir. Certiorari denied.

No. 91–1379. Pittman, a Minor, by his Next Friend and Father, Pittman, et al. v. United States. C. A. 11th Cir. Certiorari denied.

No. 91–1387. City of Cathedral City et al. v. Hoesterey. C. A. 9th Cir. Certiorari denied.

No. 91–1415. Loxley v. Newport News Shipbuilding & Dry Dock Co. et al. C. A. 4th Cir. Certiorari denied.

No. 91–1430. Texaco Inc. v. Mason, Individually and as Administrator of the Estate of Mason, Deceased. C. A. 10th Cir. Certiorari denied.

No. 91–1432. Nigerian National Petroleum Corp. v. Caribbean Trading & Fidelity Corp. C. A. 2d Cir. Certiorari denied.